

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTONIO DIAZ-CRUZ (1),

    Defendant.

CASE NO. 12CR4451-JLS

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8 USC 1326 § REMOVED ALIEN FOUND IN THE UNITED STATES

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: NOVEMBER 30, 2012

HONORABLE JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE